**IN THE UNITED STATES DISTRICT COURT FOR**
**THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **MICHAEL J. HARDY,** | § | |
| | § | **CIVIL ACTION NO.:** |
| **Plaintiff,** | § | |
| | § | **2:25-cv-01001** |
| **v.** | § | |
| | § | |
| **WAL-MART STORES EAST,** | § | |
| **LP, et al.,** | § | |
| | § | |
| **Defendants.** | § | |

## JOINT NOTICE OF SETTLEMENT

COME NOW, the Plaintiff Michael Hardy and Defendant Wal-Mart Stores East, LP., by and through their undersigned attorneys of record and files this Joint Notice of Settlement. In support thereof, the parties would show unto this Honorable Court the following, to-wit:

1.    The parties reached a settlement agreement in this case on December 19, 2025.

2.    This matter was removed from Montgomery County Circuit Court to the United States Court for the Middle District of Alabama Northern Division on December 18, 2025.

3.    The parties will submit a Joint Stipulation of Dismissal once the settlement release is executed and the settlement funds are exchanged.

WHEREFORE, PREMISES CONSIDERED, the parties ask that this Honorable Court place this matter on the administrative docket to allow the parties an opportunity to complete the necessary settlement paperwork.

Respectfully submitted, this the 22nd day of December, 2025.

/s/Michael J. Marable
Julie D. Pearce (asb-9946-c35j)
Michael J. Marable (asb-0538-u05v)
Attorneys for Defendant
Wal-Mart Stores East, LP

**OF COUNSEL:**
GAINES GAULT HENDRIX PC
361 Summit Boulevard, Suite 200
Birmingham, Alabama 35243
Telephone:  205-980-5888
Facsimile:  205-980-1098
jpearce@ggh-law.com
mmarable@ggh-law.com

and

/s/Lauren A. Briscoe
Lauren A. Briscoe (asb)
Attorney for Plaintiff
Michael Hardy

**OF COUNSEL:**
Shunnarah Injury Lawyers, P.C.
P.O. Box 321128
Birmingham, Alabama 35212

2